CASE NO 19-55735

PRIOR CASE NO. 16-55565

IN THE UNITED STATES COURT OF

APPEALS FOR THE NINTH CIRCUIT

_____

**JON ASTOR-WHITE, an individual**

**Plaintiff-Appellant**

**V.**

**DANIEL WILLIAM STRONG aka DANNY STRONG; LEE DANIELS; IMAGINE ENTERTAINMENT, LLC.; TWENTY-FIRST CENTURY-FOX, INC.**

**Defendants-Appellee**

_____

Appeal from the United States District Court, Central District of California Case No. 2:15-CV-06326-PA-RAO
The Honorable Percy Anderson, United States District Judge

_____

APPELLANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERSIZED OPENING BRIEF

_____

Pursuant to Federal Rule of Appellate Procedure,Circuit Rule 32-2(a)

Appellant Jon Astor-White, hereby respectfully move for the following relief in the above captioned matter; leave to file an oversized Opening Brief of 15,545 words. The reason for this Motion is set forth below.

The complexity and importance of the numerous issues and arguments presented in this case, as well as the lengthy history, warrants the filing of an oversize Opening Brief for the edification of the Court.

CONCLUSION

For the reasons stated above, this Court should grant leave to file an oversize Opening Brief of 15,545 words.

**Dated: December 24, 2019**         **Respectfully Submitted,**

**/s/Jon Astor-White, Pro Se Appellant**
jawlvestv@embarqmail.com
**3800 Wynn Rd. Suite 503-G**
**Las Vegas, NV. 89103**
**Telephone: (702)765-5309**
**Facsimile: (702)765-5309**

# CERTIFICATE OF SERVICE

Case Name: <u>JON ASTOR-WHITE</u>   V.  <u>DANNY STRONG et al.</u>

9th Cir. Case No.: <u>19-55735</u>

I hereby certify that on December 24, 2019  I caused to be Electronically filed the foregoing Motion To File Oversize Brief with the Clerk of the Court using the CM/ECF system which will Send notification of such filing to all counsel of record.

      JON ASTOR-WHITE, Pro Se APPELLANT
      Jawlvestv@embarqmail.com
      3800 Wynn Road, Suite 503-G
      Las Vegas, Nevada 89103
      Telephone (702) 765-5309
      Facsimile  (702) 765-5309