Appeal No. 19-55735

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

JON ASTOR-WHITE,
*Plaintiff-Appellant*,

*v.*

DANIEL WILLIAM STRONG; LEE DANIELS; IMAGINE ENTERTAINMENT, LLC; TWENTY-FIRST CENTURY FOX, INC.,
*Defendants-Appellees*.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
THE HONORABLE PERCY ANDERSON, JUDGE
CASE NO. 2:15-CV-06326-PA-RAO

**DEFENDANTS-APPELLEES' RESPONSE TO APPELLANT'S
MOTION FOR LEAVE TO FILE AN OVERSIZED OPENING BRIEF**

DANIEL M. PETROCELLI
MOLLY M. LENS
PATRICK S. MCNALLY
O'MELVENY & MYERS LLP
1999 AVENUE OF THE STARS, 8TH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: (310) 553-6700

ANTON METLITSKY
O'MELVENY & MYERS LLP
7 TIMES SQUARE
NEW YORK, NEW YORK 10036
TELEPHONE: (212) 326-2000

*Attorneys for Defendants-Appellees*

On December 24, 2019, one day after he filed his oversized opening brief, Appellant Jon Astor-White filed what he styled as "Appellant's Unopposed Motion for Leave to File Oversized Opening Brief" (the "Motion"). In the Motion, Appellant states that "the complexity and importance of the numerous issues and arguments presented in this case" justify an oversized brief. Defendants-Appellees write to clarify two points to the Court. First, despite styling the Motion as unopposed, Appellant did not reach out to Appellees in advance of his filing to ascertain Appellees' position. Second, Appellees disagree that the case presents issues warranting an oversized brief. With these clarifications, Appellees take no position on the Motion.

Dated: December 26, 2019                     Respectfully submitted,

                                             By:  /s/ Daniel M. Petrocelli
                                                  DANIEL M. PETROCELLI
                                                  MOLLY M. LENS
                                                  PATRICK S. MCNALLY
                                                  O'MELVENY & MYERS LLP
                                                  1999 AVENUE OF THE STARS
                                                  8TH FLOOR
                                                  LOS ANGELES, CALIFORNIA  90067
                                                  TELEPHONE: (310) 553-6700

                                                  ANTON METLITSKY
                                                  O'MELVENY & MYERS LLP
                                                  7 TIMES SQUARE
                                                  NEW YORK, NEW YORK  10036
                                                  TELEPHONE: (212) 326-2000

*Attorneys for Defendants-Appellees*

# **CERTIFICATE OF COMPLIANCE**

Pursuant to Federal Rules of Appellate Procedure 27(d)(2) and 32(a), I hereby certify that Defendants-Appellees' Response to Defendants-Appellees' Response to Appellant's Motion for Leave to File an Oversized Opening Brief is proportionately spaced, has a typeface of 14 points or more, and does not exceed 5,200 words.

Dated: December 26, 2019  By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli

*Attorney for Defendants-Appellees*

# CERTIFICATE OF SERVICE

I, Daniel M. Petrocelli, a member of the Bar of this Court, hereby certify that on December 26, 2019, I caused to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system the following document:

**DEFENDANTS-APPELLEES' RESPONSE TO APPELLANT'S MOTION FOR LEAVE TO FILE AN OVERSIZED OPENING BRIEF**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: December 26, 2019

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli

*Attorney for Defendants-Appellees*